HONORABLE4 JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM R. CLAYTON and JILL D. CLAYTON, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS ORPORATION, et al.,<br><br>Defendants. | No. 2:18-CV-00748-JLR<br><br>(~~PROPOSED~~) STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT UNION CARBIDE CORPORATION |

## STIPULATION

The above-captioned plaintiffs and defendant Union Carbide Corporation stipulate to the entry of the following Order of Dismissal without further Notice, with prejudice and without costs to either party, reserving to plaintiffs all plaintiffs' rights of action, claims, and demands against any and all other parties.

DATED this 12TH day of June 2018.

BERGMAN DRAPER OSLUND, PLLC

/s/ Glenn Draper
Glenn Draper, WSBA No. 24419
Attorney for Plaintiff

GORDON REES SCULLY MANSUKHANI, LLP

/s/ Mark B. Tuvim
Mark B. Tuvim, WSBA No. 31909
Kevin J. Craig, WSBA No. 29932
Attorneys for Defendant Union Carbide Corporation

(~~PROPOSED~~) STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT UNION CARBIDE CORPORATION – 1

GORDON REES SCULLY
MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

ORDER OF DISMISSAL

THIS MATTER having come on regularly for hearing before this Court upon the foregoing Stipulation, and the Court being fully advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff's claims against defendant Union Carbide Corporation, its predecessors, successors, subsidiaries, parents, affiliated entities, directors and officers, are dismissed with prejudice and without costs to either party, reserving to plaintiffs all plaintiffs' right of action, claims, and demands against any and all other parties.

DONE IN OPEN COURT this 13th day of June, 2018.

_____
HONORABLE JAMES L. ROBART

Presented by:

BERGMAN DRAPER OSLUND, PLLC

/s/ Glenn Draper
Glenn Draper, WSBA No. 24419
Attorney for Plaintiff

GORDON REES SCULLY MANSUKHANI, LLP

/s/ Mark B. Tuvim
Mark B. Tuvim, WSBA No. 31909
Kevin J. Craig, WSBA No. 29932
Attorneys for Defendant Union Carbide Corporation