The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| | |
|---|---|
| WILLIAM R. CLAYTON and JILL D. CLAYTON, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.<br><br>Defendants. | NO. 2:18-cv-00748 JLR<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT HOPEMAN BROTHERS, INC. |

It is hereby stipulated by and between the plaintiffs and the defendant Hopeman Brothers, Inc., through its attorneys of record, that the claims of said plaintiffs against said defendant shall be dismissed without prejudice as to Hopeman Brothers, Inc. only and without costs to either party.

DATED this 4th day of June, 2018.

BERGMAN DRAPER OSLUND

By: /s/ John Aliment
Matthew P. Bergman, WSBA No. 20894
Glenn S. Draper, WSBA No. 24419
service@bergmanlegal.com
Attorneys for Plaintiffs

Ruby K. Aliment, WSBA No. 51242

FOLEY & MANSFIELD, PLLP

By: /s/ Melissa Roeder
Melissa K. Roeder, WSBA No. 30836
James D. Hicks, WSBA No. 36126
asbestos-sea@foleymansfield.com
Attorneys for Hopeman Brothers, Inc.

STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE AS
TO HOPEMAN BROTHERS, INC.
(No. 2:18-cv-00748 JLR)

Page 1

Foley & Mansfield, PLLP
999 Third Avenue, Suite 3760
Seattle, WA 98104
Telephone: (206) 456-5360

ORDER

IT IS SO ORDERED.

DONE IN OPEN COURT this 21st day of June, 2018.

_____
**HONORABLE JAMES L. ROBART**

Presented by:
FOLEY & MANSFIELD, PLLC

*s/Melissa K. Roeder*
Melissa K. Roeder, WSBA No. 30836
Attorney for Hopeman Industries, Inc.
Foley & Mansfield, PLLP
999 Third Ave, Suite 3760
Seattle, WA 98104
asbestos-sea@foleymansfield.com
(206) 456-5360

Approved by:
BERGMAN DRAPER OSLUND

*s/ Matthew P. Bergman*
Matthew P. Bergman, WSBA No. 20894
Glenn S. Draper, WSBA No. 24419
Ruby K. Aliment, WSBA No. 51242
Attorneys for Plaintiffs
Bergman Draper Oslund
821 2nd Avenue, Ste. 2100
Seattle, WA 98104
service@bergmanlegal.com
(206) 957-9510

## CERTIFICATE OF SERVICE

I, Traci Clark, hereby certify that on the 21st day of June, 2018, the foregoing was electronically filed the foregoing with the Clerk of the U.S. District Court for the Western District of Washington at Seattle using the CM/ECF system, which will send notification to all parties of record.

_____
Traci Clark, Legal Assistant

STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE AS
TO HOPEMAN BROTHERS, INC.
(No. 2:18-cv-00748 JLR)

Page 3

Foley & Mansfield, PLLP
999 Third Avenue, Suite 3760
Seattle, WA 98104
Telephone: (206) 456-5360