UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM R. CLAYTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AIR & LIQUID SYSTEMS CORPORATION, et al., <br><br> Defendants. | CASE NO. C18-0748JLR <br><br> ORDER DENYING MOTION FOR EXPEDITED TRIAL |

Before the court is Plaintiffs William R. Clayton and Jill D. Clayton's (collectively, "Plaintiffs") motion for an expedited trial. (Mot. (Dkt. # 29).) Defendants Warren Pumps LLC ("Warren Pumps") and Syd Carpenter Marine Contractor ("Syd Carpenter") responded to the motion. (Warren Resp. (Dkt. # 33); Syd Resp. (Dkt. # 43).)

//
//
//

ORDER - 1

The court has considered the motion, the responses to the motion, the relevant portions of the record, and the applicable law. Being fully advised,[1] the court DENIES the motion.

On May 23, 2018, this case was removed from state court. (Not. of Removal (Dkt. # 1).) Plaintiffs request an expedited trial to take place in December 2018, because Mr. Clayton suffers from a terminal illness—mesothelioma—and the state court scheduled an expedited trial due to his illness.[2] (Mot. at 3-4.) Plaintiffs acknowledge that the court need not adopt the state court's scheduling order, but nonetheless contend that Mr. Clayton has a "right to a priority trial" pursuant to RCW 4.44.025. (*See id.* at 3-5.)

Although the court recognizes that Mr. Clayton's illness may prevent him from participating in a trial that does not occur relatively soon, Plaintiffs are incorrect that Mr. Clayton is "entitled to a priority trial" in federal court. (*See id.* at 4.) Moreover, the court's current trial calendar cannot accommodate a December 2018 trial, particularly a trial involving 12 defendants. Thus, the court DENIES Plaintiffs' motion (Dkt. # 29) and will enter its standard scheduling order.

Dated this 26th day of June, 2018.

JAMES L. ROBART
United States District Judge

---

[1] No party requests oral argument (*see* Mot. at 1; Warren Resp. at 1; Syd Resp. at 1), and the court determines that oral argument would not be helpful to its disposition of the motion, *see* Local Rules W.D. Wash. LCR 7(b)(4).

[2] Warren Pumps and Syd Carpenter ask that the trial be set for January 2019 if the court grants the motion to expedite. (*See* Warren Resp. at 1; Syd Resp. at 1.)