HONORABLE JAMES L. ROBART

Matthew P. Bergman, WSBA #24419
Ruby K. Aliment, WSBA #51242
BERGMAN DRAPER OSLUND, PLLC
821 2nd Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 957-9510
Telefax:    (206) 957-9549
E-Mail: matt@bergmanlegal.com
        ruby@bergmanlegal.com
Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WILLIAM R. CLAYTON and JILL D. CLAYTON, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | NO. 2:18-cv-00748-JLR<br><br>STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS METALCLAD, LLC and METROPOLITAN LIFE INSURANCE COMPANY |

## I. STIPULATION

IT IS HEREBY STIPULATED AND AGREED between the parties that all claims against defendants Metalclad, LLC and Metropolitan Life Insurance Company only, be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A), **without prejudice** and **without costs** to any party. Plaintiffs' expressly reserve all rights against the above-listed defendants. Plaintiffs' will continue to pursue their claims against Defendants Vigor Shipyard and Warren Pumps, LLC, under the above-captioned cause number.

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS METALCLAD, LLC and METROPOLITAN LIFE INSURANCE COMPANY; No. 2:18-cv-00748-JLR - 1

BERGMAN DRAPER OSLUND
821 2ND AVENUE, SUITE 2100
SEATTLE, WA 98104
TELEPHONE: 206.957.9510

1       DATED this 21st, day of August, 2018.

2 Respectfully submitted,

3 Attorney for Plaintiffs

4   */s/ Matthew P. Bergman*
Matthew P. Bergman, WSBA #20894
5 BERGMAN DRAPER OSLUND, PLLC
821 2nd Avenue, Suite 2100
6 Seattle, WA 98104
Telephone: (206) 957-9510
7 Facsimile: (206) 957-9549
Email: matt@bergmanlegal.com

8

9 Attorney for Defendant Metalclad, LLC

10   */s/ Katherine M. Steele*
Katherine M. Steele, WSBA #11927
11 BULLIVANT HOUSER BAILEY PC
1700 Seventh Avenue, Suite 1810
12 Seattle, WA 98101
Telephone: (206) 292-8930
13 Facsimile: (206) 386-5130
Email: Asbestos@bullivant.com

14

15 Attorney for Defendant Metropolitan
Life Insurance Company
16

  */s/ Richard G. Gawlowski*
17 Richard G. Gawlowski, WSBA #19713
WILSON SMITH COCHRAN DICKERSON
18 901 Fifth Avenue, Suite 1700
Seattle, WA 98164
19 Telephone: (206) 623-4100
Facsimile: (206) 623-9273
20 Email: gawlowski@wscd.com

21

22

23

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS METALCLAD, LLC and METROPOLITAN LIFE INSURANCE COMPANY; No. 2:18-CV-00748-JLR - 2

BERGMAN DRAPER OSLUND
821 2ND AVENUE, SUITE 2100
SEATTLE, WA 98104
TELEPHONE: 206.957.9510

## II. ORDER

THIS MATTER before Honorable James L. Robart of the United States District Court of Western Washington, based on the Stipulation of Dismissal signed by all parties who have appeared and Fed. R. Civ. P. 41(a)(1)(A), and the Court fully advised, it is

ORDERED, ADJUDGED AND DECREED that all claims against Defendants Metalclad, LLC and Metropolitan Life Insurance Company, are dismissed **without prejudice** and **without costs** to any party.

IT IS SO ORDERED:

Dated this 22nd day of August, 2018.

_____
HONORABLE JUDGE JAMES L. ROBART
UNITED STATES DISTRICT COURT

Presented by:

Attorney for Plaintiffs

*/s/ Matthew P. Bergman*
Matthew P. Bergman, WSBA #20894
BERGMAN DRAPER OSLUND, PLLC
821 2nd Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 957-9510
Facsimile: (206) 957-9549
Email: matt@bergmanlegal.com

Attorney for Defendant Metalclad, LLC

*/s/ Katherine M. Steele*
Katherine M. Steele, WSBA #11927
BULLIVANT HOUSER BAILEY PC
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101
Telephone: (206) 292-8930
Facsimile: (206) 386-5130
Email: Asbestos@bullivant.com

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS METALCLAD, LLC and METROPOLITAN LIFE INSURANCE COMPANY; No. 2:18-CV-00748-JLR - 3

BERGMAN DRAPER OSLUND
821 2ND AVENUE, SUITE 2100
SEATTLE, WA 98104
TELEPHONE: 206.957.9510

1  Attorney for Defendant Metropolitan
   Life Insurance Company
2
   */s/ Richard G. Gawlowski*
3  Richard G. Gawlowski, WSBA #19713
   WILSON SMITH COCHRAN DICKERSON
4  901 Fifth Avenue, Suite 1700
   Seattle, WA 98164
5  Telephone: (206) 623-4100
   Facsimile: (206) 623-9273
6  Email: gawlowski@wscd.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST
DEFENDANTS METALCLAD, LLC and METROPOLITAN LIFE INSURANCE
COMPANY; No. 2:18-CV-00748-JLR - 4

BERGMAN DRAPER OSLUND
821 2ND AVENUE, SUITE 2100
SEATTLE, WA 98104
TELEPHONE: 206.957.9510