1

2

3

4

5

6

7

8

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

WILLIAM R. CLAYTON and JILL D.
CLAYTON, husband and wife,

          Plaintiffs,

    v.

AIR & LIQUID SYSTEMS
CORPORATION, et al.,

          Defendants.

No. 2:18-cv-00748-JLR

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE AND
WITHOUT COSTS AS TO
DEFENDANT CBS CORPORATION

[Clerk's Action Required]

16

17

                **STIPULATION**

18

    Plaintiffs William R. Clayton and Jill D. Clayton (hereinafter, "Plaintiffs") and Defendant

19

CBS Corporation, by and through their counsel of record, stipulate that all claims against

20

Defendant CBS Corporation only may be dismissed with prejudice and without costs or attorney

21

fees as to any party in the above-captioned matter, reserving to Plaintiffs their claims against the

22

other parties.

23

DATED this 9th day of October 2018.      DATED this 9th day of October 2018.

24

BERGMAN DRAPER OSLUND, PLLC    TANENBAUM KEALE LLP

25

26

s/Ruby K. Aliment             s/Christopher S. Marks
Ruby K. Aliment, WSBA # 51242     Christopher S. Marks, WSBA #28634
Attorneys for Plaintiffs           Attorneys for CBS Corporation

Tanenbaum Keale, LLP
One Convention Center
701 Pike Street, Suite 1575
Seattle, WA 98101
(206) 889-5150

1

## ORDER OF DISMISSAL

2      THIS MATTER having come before the Court by way of stipulated motion by Plaintiffs

3  and Defendant CBS Corporation to dismiss all claims against CBS Corporation only, with

4  prejudice and without costs, and the Court being fully advised in the premises, now therefore it is

5  hereby ORDERED as follows:

6      All of Plaintiffs' claims against Defendant CBS Corporation only are hereby dismissed

7  with prejudice and without costs or attorney fees as to any party.

8

9  DATED: _9 October 2018_

10

11                                       JUDGE JAMES L. ROBART

12

13  PRESENTED BY:

14  TANENBAUM KEALE LLP

15

16  s/Christopher S. Marks

17  Christopher S. Marks, WSBA #28634
     Attorneys for CBS Corporation

18

19  APPROVED BY:

20  BERGMAN DRAPER OSLUND, PLLC

21  s/Ruby K. Aliment

22  Ruby K. Aliment, WSBA # 51242
     Attorneys for Plaintiffs

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS AS TO
DEFENDANT CBS CORPORATION - 2
(No. 2:18-cv-00748-JLR)

Tanenbaum Keale, LLP
One Convention Center
701 Pike Street, Suite 1575
Seattle, WA 98101
(206) 889-5150