UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WILLIAM R. CLAYTON and JILL D. CLAYTON, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendant. | No. 2:18-cv-00748-JLR<br><br>STIPULATED ORDER OF DISMISSAL |

## I. **STIPULATION**

COME NOW the parties hereto, WILLIAM R. CLAYTON and JILL D. CLAYTON, husband and wife, Plaintiffs, by and through their attorney Matthew Bergman and Ruby K. Aliment of Bergman Draper Olsund, and Defendant Crown Cork & Seal Company, Inc., by and through its attorneys, Barry N. Mesher of The Law Offices of Barry N. Mesher, and Rachel Tallon Reynolds of Lewis Brisbois Bisgaard & Smith LLP, and hereby stipulate that all of Plaintiff's claims against Defendant Crown Cork & Seal Company, Inc. in this action, No. 2:18-cv-00748-JLR, shall be dismissed with prejudice and without attorney's fees or costs to any party.

4833-1717-2083.1

STIPULATED ORDER OF DISMISSAL - 1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206-436-2020
206-436-2030 Fax

STIPULATED THIS 23rd day of October, 2018.

| BERGMAN DRAPER OSLUND | THE LAW OFFICES OF BARRY N. MESHER |
|---|---|
| By: /s/ Matthew Bergman<br>Matthew Bergman, WSBA No. 20894<br>Ruby K. Aliment, WSBA No. 51242<br>Attorneys for Plaintiffs | By: /s/ Barry N. Mesher<br>Barry N. Mesher, WSBA #7845<br>Attorney for Defendant Crown & Cork Seal Company, Inc. |

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: /s/ Rachel Tallon Reynolds
Rachel Tallon Reynolds, WSBA No. 38750
    Attorneys for Defendant Crown & Cork
    Seal Company, Inc.

## II. ORDER OF DISMISSAL

THIS MATTER having been brought on duly and regularly before the undersigned Judge of the above-entitled Court, the Court being fully advised in all matters, does herewith, pursuant to the foregoing stipulation,

**ORDER, ADJUDGE AND DECREE** that the above-entitled Plaintiff's claims against Defendant Crown & Cork Seal Company, Inc., and each and every portion thereof related to such claims made by Plaintiff, shall be, and the same hereby are, dismissed with prejudice and without costs to any party.

DATED THIS 23rd day of Oct, 2018.

_____
JUDGE/~~COMMISSIONER~~

//
//
//

4833-1717-2083.1

STIPULATED ORDER OF DISMISSAL - 2

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206-436-2020
206-436-2030 Fax

Presented by:

THE LAW OFFICES OF BARRY N. MESHER                LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: /s/ Barry N. Mesher                                              By: /s/ Rachel Tallon Reynolds
    Barry N. Mesher, WSBA #7845                           Rachel Tallon Reynolds, WSBA No. 38750
    Attorney for Defendant Crown & Cork                      Attorneys for Defendant Crown & Cork
    Seal Company, Inc.                                                  Seal Company, Inc.

Approved as to Form; Notice of Presentation Waived:

BERGMAN DRAPER OSLUND

By: /s/ Matthew Bergman
    Matthew Bergman, WSBA No. 20894
    Ruby K. Aliment, WSBA No. 51242
    Attorneys for Plaintiffs

4833-1717-2083.1

STIPULATED ORDER OF DISMISSAL - 3

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206-436-2020
206-436-2030 Fax