# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WILLIAM R. CLAYTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AIR & LIQUID SYSTEMS CORPORATION, et al., <br><br> Defendants. | CASE NO. C18-0748JLR <br><br> MINUTE ORDER |
| WILLIAM R. CLAYTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> IMO INDUSTRIES, INC., et al. <br><br> Defendants. | CASE NO. C18-1437JLR |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Pursuant to the parties' stipulations, the above-captioned cases are hereby consolidated. All future pleadings in this matter shall bear the case number C18-0748JLR.

Filed and entered this 9th day of November, 2018.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk