THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WILLIAM R. CLAYTON and JILL D. CLAYTON, husband and wife,<br><br>    Plaintiffs,<br><br>v.<br><br>IMO INDUSTRIES, INC., *et al.*,<br><br>    Defendants. | No.: 2:18-cv-00748-JLR<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANT NORTH COAST ELECTRIC COMPANY<br><br>*[Clerk's Action Required]* |

## STIPULATION

Plaintiffs have agreed to dismiss their claims with prejudice against defendant, North Coast Electric Company only, as alleged in their complaint filed herein, and defendant has agreed to waive its fees and costs incurred in this matter.

By stipulation, the undersigned parties hereby move the court for entry of the order incorporated herein.

DATED: October 31, 2018

BERGMAN DRAPER OSLUND

/s/ *Ruby K. Aliment*
Ruby K. Aliment, WSBA #51242
Attorneys for Plaintiffs

DATED: October 31, 2018

BULLIVANT HOUSER BAILEY PC

/s/ *Katherine M. Steele*
Katherine M. Steele, WSBA #11927
Attorneys for Defendant
North Coast Electric Company

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT NORTH COAST ELECTRIC COMPANY
No. 2:18-cv-01437-RSM

Page 1

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

# ORDER

The Court, having considered the stipulated order and being otherwise fully advised, hereby ORDERS as follows:

Plaintiffs' claims against defendant North Coast Electric Company only are dismissed with prejudice, reserving to plaintiffs their claims against all other parties.

DATED this 21st day of November 2018 by _____
JUDGE JAMES L. ROBART

Prepared and presented by:

BULLIVANT HOUSER BAILEY PC

By  /s/ Katherine M. Steele
    Katherine M. Steele, WSBA #11927
    Attorneys for Defendant
    North Coast Electric Company

APPROVED AS TO FORM:
NOTICE OF PRESENTATION WAIVED

BERGMAN DRAPER OSLUND

By  /s/ Ruby K. Aliment
    Ruby K. Aliment, WSBA #51242
    Attorneys for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT NORTH COAST ELECTRIC COMPANY
No. 2:18-cv-01437-RSM

Page 2

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930