1
2
3
4
5
6

The Honorable James L. Robart

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9  WILLIAM R. CLAYTON and JILL D.
   CLAYTON,

No. 2:18-cv-00748-JLR

10              Plaintiffs,

STIPULATED MOTION AND
[PROPOSED] ORDER TO EXTEND
DEADLINE TO DISCLOSE EXPERT
TESTIMONY UNDER FRCP 26(a)(2)

11
   v.
12



13  AIR & LIQUID SYSTEMS
   CORPORATION, et al.,

NOTE ON MOTION CALENDAR
MARCH 21, 2019

14              Defendants.

15

16                              **STIPULATION**

17          Pursuant to LCR 7(d)(1) and LCR 10(g), the remaining Parties in this case, Defendant

18  Electrolux Home Products, Inc. (hereinafter referred to as "Electrolux"), Defendant Vigor

19  Shipyards and Defendant Syd Carpenter Marine Contractor, Inc., together with Plaintiffs William

20  R. Clayton and Jill D. Clayton hereby stipulate that there is good cause for a brief thirty (30) day

21  extension for the disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2). Specifically, the

22  Parties propose extending the current deadline from April 3, 2019 to May 3, 2019. By agreement

23  and stipulation, all remaining Parties have agreed to this extension.

24          The Parties are in the process of completing several remaining fact depositions in this case,

25  which are scheduled for April 2019 after the current deadline for expert disclosures. The Parties

26  also agree that the extension to disclose expert testimony does not affect any other deadlines in the

STIPULATED MOTION AND [PROPOSED] ORDER TO
EXTEND DEADLINE TO DISCLOSE EXPERT
TESTIMONY UNDER FRCP 26(a)(2) - 1
(2:18-cv-00748-JLR)

1   case.   The discovery cut-off falls on June 3, 2019, deadline to file dispositive motions and

2   challenge expert testimony is July 2, 2019 and trial is set for September 30, 2019.

3          Counsel for Electrolux notified all other inactive defendants in this case of this stipulation

4   and proposed order, none have any objection to this stipulated motion.[1]

5

6   DATED this 21st day of March 2019.

7   BERGMAN DRAPER OSLUND, PLLC          TANENBAUM KEALE, LLP

8

9                                        By: s/Christopher S. Marks
                                         By: s/Malika Johnson
10  By: s/Glenn Draper                   By: s/Alice C. Serko
    By: s/Ruby K. Aliment
11  Glenn Draper, WSBA #24419            Christopher S. Marks, WSBA #28634
    Ruby K. Aliment, WSBA #51242         Malika Johnson, WSBA #39608
12  Bergman Draper Oslund, PLLC          Alice C. Serko, WSBA #45992
    821 – 2nd Avenue, Suite 2100         Tanenbaum Keale, LLP
13  Seattle, WA  98104                   One Convention Place
    (206) 957-9510                       701 Pike Street, Suite 1575
14  Email: glenn@bergmanlegal.com        Seattle WA 98101
            ruby@bergmanlegal.com        (206) 889-5150
15          service@bergmanlegal.com     Email:   cmarks@tktrial.com
                                                  mjohnson@tktrial.com
16  Attorneys for Plaintiffs                      aserko@tktrial.com
                                                  seattle.asbestos@tktrial.com
17

18                                       Attorneys for Electrolux Home Products, Inc.

19

20

21

22

23

24

25  ---
    [1] Declaration of Alice C. Serko in Support of Stipulated Motion and Proposed Order to Extend
26  Expert Disclosure Deadline.

STIPULATED MOTION AND [PROPOSED] ORDER TO          Tanenbaum Keale, LLP
EXTEND DEADLINE TO DISCLOSE EXPERT                 One Convention Place
TESTIMONY UNDER FRCP 26(a)(2) - 2                  701 Pike Street, Suite 1575
(2:18-cv-00748-JLR)                                Seattle WA 98101
                                                   (206) 889-5150

1   FOLEY & MANSFIELD, PLLP          KARR, TUTTLE, CAMPBELL

2

3

4
    By: s/Dirk R. Bernhardt                By: s/Walter E. Barton
5   Dirk R. Bernhardt, WSBA 33071          Walter E. Barton, WSBA 26408
    Foley & Mansfield, PLLP                Karr, Tuttle, Campbell
6   999 Third Avenue, Suite 3760           701 Fifth Avenue, Suite 3300
    Seattle, WA 98104                      Seattle, WA  98104
7   Phone: (206) 456-5360                  Phone: (206) 223-1313
                                           FAX#: (206) 682-7100
8   Email: Asbestos-sea@foleymansfield.com Email: gbarton@karrtuttle.com
                                                   asbestosservice@karrtuttle.com
9   Attorneys for Syd Carpenter Marine
    Contractor, Inc.                       Attorneys for Vigor Shipyards, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND [PROPOSED] ORDER TO
EXTEND DEADLINE TO DISCLOSE EXPERT
TESTIMONY UNDER FRCP 26(a)(2) - 3
(2:18-cv-00748-JLR)

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

1

## ORDER

2      Based on the foregoing Stipulation, it is hereby ORDERED that the deadline for disclosure

3   of expert testimony has been extended to May 3, 2019.

4      Dated this 22nd day of March, 2019

5                                                    _____
                                                     THE HONORABLE JAMES L. ROBART
6

7   Presented by:

8
    By: s/Christopher S. Marks
9   By: s/Malika Johnson
    By: s/Alice C. Serko
10  Christopher S. Marks, WSBA #28634
    Malika Johnson, WSBA #39608
11  Alice C. Serko, WSBA #45992

12
    Tanenbaum Keale, LLP
13  One Convention Place
    701 Pike Street, Suite 1575
14  Seattle WA 98101
    (206) 889-5150
15  Email:   cmarks@tktrial.com
16           mjohnson@tktrial.com
             aserko@tktrial.com
17           seattle.asbestos@tktrial.com

18  Attorneys for Electrolux Home Products, Inc.

19      ///

20      ///
21
        ///
22

23      ///

24      ///

25  By: s/Glenn Draper
    By: s/Ruby K. Aliment
26

STIPULATED MOTION AND [PROPOSED] ORDER TO                Tanenbaum Keale, LLP
EXTEND DEADLINE TO DISCLOSE EXPERT                        One Convention Place
TESTIMONY UNDER FRCP 26(a)(2) - 4                       701 Pike Street, Suite 1575
(2:18-cv-00748-JLR)                                        Seattle WA 98101
                                                           (206) 889-5150

1  Glenn Draper, WSBA #24419
   Ruby K. Aliment, WSBA #51242
2
3  Bergman Draper Oslund, PLLC
   821 – 2nd Avenue, Suite 2100
4  Seattle, WA  98104
   (206) 957-9510
5  Email: glenn@bergmanlegal.com
          ruby@bergmanlegal.com
6          service@bergmanlegal.com

7  Attorneys for Plaintiffs

8  &

9
   By: s/Dirk R. Bernhardt
10 Dirk R. Bernhardt, WSBA 33071

11
   Foley & Mansfield, PLLP
12 999 Third Avenue, Suite 3760
   Seattle, WA 98104
13 Phone: (206) 456-5360
   Asbestos-sea@foleymansfield.com
14
15 Attorneys for Syd Carpenter Marine Contractor, Inc.

16
   By: s/ Walter E. Barton
17 Walter E. Barton, WSBA 26408

18
   Karr, Tuttle, Campbell
19 701 Fifth Avenue, Suite 3300
   Seattle, WA  98104
20 Phone: (206) 223-1313
   FAX#: (206) 682-7100
21 Email: gbarton@karrtuttle.com
          asbestosservice@karrtuttle.com
22
23 Attorneys for Vigor Shipyards, Inc.

24

25

26

STIPULATED MOTION AND [PROPOSED] ORDER TO
EXTEND DEADLINE TO DISCLOSE EXPERT
TESTIMONY UNDER FRCP 26(a)(2) - 5
(2:18-cv-00748-JLR)

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on March 21, 2019, I electronically filed the foregoing with the Clerk

3   of the Court using the CM/ECF system, which will send notification of such filing to the following:

4   Matthew P. Bergman                      Christopher Marks
    Ruby K. Aliment                         Malika Johnson
5   BERGMAN DRAPER OSLUND, PLLC             Alice Serko
    821 – 2nd Avenue, Suite 2100            TANENBAUM KEALE, LLP
6   Seattle, WA 98104                       One Convention Place
    Telephone: (206) 957-9510               701 Pike Street, Suite 1575
7   Email: matt@bergmanlegal.com            Seattle WA 98101
8   ruby@bergmanlegal.com                   (206) 889-5150
    service@bergmanlegal.com                Email:   cmarks@tktrial.com
9   *Attorneys for Plaintiffs*              mjohnson@tktrial.com
                                            aserko@tktrial.com
10                                          seattle.asbestos@tktrial.com.com
                                            ***Attorney for Defendant Electrolux Home***
11                                          ***Products, Inc***

12  Richard G. Gawlowski                    J. Scott Wood
13  WILSON SMITH COCHRAN DICKERSON          Zackary A. Paal
    901 Fifth Avenue, Suite 1700            Dirk R. Bernhardt
14  Seattle, WA 98164                       FOLEY & MANSFIELD, PLLP
    Telephone: (206) 452-8976               999 Third Avenue, Suite 3760
15  Facsimile: (206) 623-9273               Seattle, WA 98104
16  Email: MetLifeAsbestos@wscd.com         Phone: (206) 456-5360
    ***Attorneys for Metropolitan Life Insurance***   FAX #: (206) 456-5361
17  ***Company***                           Asbestos-sea@foleymansfield.com
                                            **Syd Carpenter Marine Contractor, Inc.**
18
    Walter E. Barton
19  George D Yaron (admitted pro hac vice)
    D. David Steele (admitted pro hac vice)
20  KARR, TUTTLE, CAMPBELL
    701 Fifth Avenue, Suite 3300
21  Seattle, WA 98104
22  Phone: (206) 223-1313
    FAX#: (206) 682-7100
23  Email: asbestosservice@karrtuttle.com
    dsteele@yaronlaw.com
24  gyaron@yaronlaw.com
25  ***Attorneys for Vigor Shipyards, Inc.***

26

STIPULATED MOTION AND [PROPOSED] ORDER TO            Tanenbaum Keale, LLP
EXTEND DEADLINE TO DISCLOSE EXPERT                   One Convention Place
TESTIMONY UNDER FRCP 26(a)(2) - 6                    701 Pike Street, Suite 1575
(2:18-cv-00748-JLR)                                  Seattle WA 98101
                                                     (206) 889-5150

1   Signed at Seattle, Washington this 21ˢᵗ day of March, 2019.

2                                           s/Maria Tiegen
                                            Maria Tiegen
3                                           Tanenbaum Keale, LLP
                                            One Convention Place
4                                           701 Pike Street, Suite 1575
                                            Seattle WA 98101
5                                           (206) 889-5150
6                                           Email:  mtiegen@tktrial.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND [PROPOSED] ORDER TO         Tanenbaum Keale, LLP
EXTEND DEADLINE TO DISCLOSE EXPERT                 One Convention Place
TESTIMONY UNDER FRCP 26(a)(2) - 7              701 Pike Street, Suite 1575
(2:18-cv-00748-JLR)                                  Seattle WA 98101
                                                      (206) 889-5150