THE HONORABLE JAMES ROBART

1

2

3

4

5

6 UNITED STATES DISTRICT COURT

7 WESTERN DISTRICT OF WASHINGTON

8 AT SEATTLE

9

| | |
|---|---|
| 10 WILLIAM CLAYTON and JILL CLAYTON, Husband and Wife, | Case No.  2:18-cv-00748-JLR |
| 11 | |
| Plaintiffs, | **STIPULATION AND ORDER OF** |
| 12 | **DISMISSAL WITH PREJUDICE OF** |
| v. | **DEFENDANT WARRREN PUMPS,** |
| 13 | **LLC ONLY** |
| AIR & LIQUID SYSTEMS CORPORATION, | |
| 14 et al., | |
| | *Clerk's Action Required* |
| 15 Defendants. | |

**STIPULATION**

16

17     Plaintiffs and Defendant Warren Pumps, LLC stipulate and agree that the Court dismiss

18 Plaintiffs' claims and causes of action against Warren Pumps, LLC only with prejudice and

19 without costs to any party, reserving to Plaintiffs all claims against other parties.

20

21

22 Dated: ___04/09/2019_____     Dated: ___04/09/2019_____

23 BERGMAN DRAPER OSLUND PLLC     RIZZO MATTINGLY BOSWORTH PC

24

25 ___*s/Vanessa F. Oslund*_____     ___*s/Allen Eraut*_____
Vanessa Firnhaber Oslund, WSBA #38252     Allen Eraut, WSBA #30940
26 vanessa@bergmanlegal.com     aeraut@rizzopc.com
Of Attorneys for Plaintiffs     Attorney for Warren Pumps, LLC

RIZZO MATTINGLY BOSWORTH PC

1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

1  **ORDER OF DISMISSAL**

2      THIS MATTER having come on regularly before the undersigned Judge of the above-

3  entitled Court, upon stipulation between Plaintiffs and Defendant Warren Pumps, LLC, through

4  their respective and duly authorized attorneys, the Court having been fully advised and finding no

5  just reason for delay, it is now, therefore,

6

7      ADJUDGED, ORDERED AND DECREED, that Plaintiffs' claims and causes of action

8  against Warren Pumps, LLC only, are DISMISSED with prejudice and without costs to any party,

9  reserving to Plaintiffs all claims against other parties.

10      Dated this 10th day of April, 2019.

11

12

13

14  JUDGE/~~COURT COMMISSIONER~~ JWR

15

16  Presented by:

17  RIZZO MATTINGLY BOSWORTH PC

18
    *s/ Allen Eraut*
19  Allen E. Eraut, WSB# 30940
    aeraut@rizzopc.com
20  1300 SW Sixth Avenue, Suite 330
    Portland, Oregon 97201
21  Telephone: 503-229-1819
22  Fax: 503-229-0630
    Attorneys for Warren Pumps, LLC
23

24

25

26

2 – STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF
DEFENDANT WARRREN PUMPS, LLC ONLY