The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM R. CLAYTON and JILL D. CLAYTON, | No. 2:18-cv-00748-JLR |
| Plaintiffs, | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT ELECTROLUX HOME PRODUCTS, INC. |
| v. | |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | [~~PROPOSED~~] |
| Defendants. | |

## **STIPULATION**

Plaintiffs William R. Clayton and Jill D. Clayton (hereinafter "Plaintiffs"), and Defendant Electrolux Home Products, Inc., as Successor in Interest to Copes Vulcan, Incorrectly Identified as Copes-Vulcan, Inc. (hereinafter "Electrolux") by and through their counsel of record, stipulate that all claims against Electrolux only may be dismissed with prejudice and without costs or fees as to any party in the above-captioned matter, reserving to Plaintiffs their claims against the other parties.

///

///

///

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE OF DEFENDANT ELECTROLUX HOME
PRODUCTS, INC. - 1
(2:18-cv-00748-JLR)

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

1

DATED this 29th day of May 2019.          DATED this 29th day of May 2019.

2

3

By: s/Ruby K. Aliment *(with permission)*          By: s/Alice C. Serko

Ruby K. Aliment, WSBA #51242                Alice C. Serko, WSBA #45992

4

BERGMAN DRAPER OSLUND, PLLC                 TANENBAUM KEALE LLP

821 – 2nd Avenue, Suite 2100              One Convention Place

5

Seattle, WA 98104                           701 Pike Street, Suite 1575

Telephone: (206) 957-9510                   Seattle WA 98101

6

Email: ruby@bergmanlegal.com                (206) 889-5150

                                            Email:   aserko@tktrial.com

7

Attorneys for Plaintiffs                             seattle.asbestos@tktrial.com

8

                                            Attorneys for Electrolux Home Products, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE OF DEFENDANT ELECTROLUX HOME
PRODUCTS, INC. - 2
(2:18-cv-00748-JLR)

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulated motion by Plaintiffs and Defendant Electrolux Home Products, Inc., as Successor in Interest to Copes Vulcan, Incorrectly Identified as Copes-Vulcan, Inc. (hereinafter "Electrolux") to dismiss all claims against Electrolux, with prejudice and without fees and costs, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED as follows:

All of Plaintiffs' claims against Electrolux only are hereby dismissed with prejudice and without costs as to any party.

DATED   May 31, 2019   .

THE HONORABLE JAMES L. ROBART

PRESENTED BY:

By: s/Alice C. Serko
Alice C. Serko, WSBA #45992
TANENBAUM KEALE LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150
Email:   aserko@tktrial.com
          seattle.asbestos@tktrial.com

Attorneys for Electrolux Home Products, Inc.

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE OF DEFENDANT ELECTROLUX HOME
PRODUCTS, INC. - 3
(2:18-cv-00748-JLR)

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150