HONORABLE JAMES L. ROBART

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM R. CLAYTON and JILL D. CLAYTON, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>IMO INDUSTRIES, INC., et al.,<br><br>Defendants. | NO. 2:18-cv-00748-JLR<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT IMO INDUSTRIES, INC.<br><br>NOTE ON MOTION CALENDAR:  Friday, July 26, 2019 |

## STIPULATION

COME NOW Plaintiffs William R. Clayton and Jill D. Clayton, husband and wife, and

Defendant IMO INDUSTRIES, INC., by and through their respective counsel, and stipulate

to entry of an Order of Dismissal as to IMO INDUSTRIES, INC. only, such dismissal to be

with prejudice and without costs to either party, reserving to Plaintiffs their claims against

all other defendants.

//

//

//

//

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT
IMO INDUSTRIES, INC. WITH PREJUDICE - 1 of 3
(NO. 2:18-cv-00748-JLR)
[4833-0431-6829]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE WA  98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

1    Dated this 25th day of July, 2019.

2

3                     GORDON THOMAS HONEYWELL LLP

4

5                     By /s/ James E. Horne
                          Michael E. Ricketts, WSBA No. 9387
6                         mricketts@gth-law.com
7                         James E. Horne, WSBA No. 12166
                          jhorne@gth-law.com
8
                          Attorneys for Defendant IMO Industries, Inc.
9

10   Dated this 24th day of July, 2019.

11

12                    BERGMAN DRAPER OSLUND PLLC

13                    By /s/ Ruby K. Aliment [via email 7/25/19]
                          Ruby K. Aliment, WSBA No. 51242
14                        ruby@bergmanlegal.com

15                        Attorneys for Plaintiffs

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT
IMO INDUSTRIES, INC. WITH PREJUDICE - 2 of 3
(NO. 2:18-cv-00748-JLR)
[4833-0431-6829]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE WA  98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

1

2

3                                            ORDER

4        Based on the foregoing Stipulation, Defendant IMO INDUSTRIES, INC. only is

   hereby dismissed with prejudice and without costs to either party, reserving to Plaintiffs

5  their claims against all other defendants.

6        DATED this __25th__ day of ___July_____, 2019.

7

8

9        _____
                 Honorable James L. Robert
10                United States District Judge

11  Presented by:

12  GORDON THOMAS HONEYWELL LLP

13

14

15  By /s/ James E. Horne_____
        Michael E. Ricketts, WSBA No. 9387
16      mricketts@gth-law.com
        James E. Horne, WSBA No. 12166
17      jhorne@gth-law.com
        Attorneys for Defendant IMO Industries, Inc.
18

19  BERGMAN DRAPER OSLUND PLLC

20

21  By /s/ Ruby K. Aliment [via email 7/24/19]
        Ruby K. Aliment, WSBA No. 51242
22      ruby@bergmanlegal.com
        Attorneys for Plaintiffs
23

24

25

26

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT
IMO INDUSTRIES, INC. WITH PREJUDICE - 3 of 3
(NO. 2:18-cv-00748-JLR)
[4833-0431-6829]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE WA  98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575