HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM R. CLAYTON and JILL D. CLAYTON, husband and wife<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants | NO. 2:18-CV-00748-JLR<br><br>[~~PROPOSED~~] STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT AIR & LIQUID SYSTEMS CORPORATION |

## STIPULATION

The above-captioned plaintiffs and defendant Air &Liquid Systems Corporation stipulate to the entry of the following Order of Dismissal without further Notice, with prejudice and without costs to either party, reserving to plaintiffs all plaintiffs' rights of action, claims, and demands against any and all other parties.

DATED this 25th day of July, 2019.

| | |
|---|---|
| BERGMAN DRAPER OSLUND UDO<br><br>s/Ruby K. Aliment<br>Ruby K. Aliment, WSBA No. 51242<br>Attorney for Plaintiffs | GORDON REES SCULY MANSUKHANI, LLP<br><br>s/Mark B. Tuvim<br>Mark B. Tuvim, WSBA No. 31909<br>Kevin J. Craig, WSBA No. 29932<br>Attorney for Air & Liquid Systems Corporation |

[PROPOSED] STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT AIR & LIQUID SYSTEMS CORPORATION - 1

GORDON REES SCULLY
MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## ORDER OF DISMISSAL

THIS MATTER having come on regularly for hearing before this Court upon the foregoing Stipulation, and the Court being fully advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs' claims against defendant Air & Liquid Systems Corporation, its predecessors, successors, subsidiaries, parents, affiliated entities, directors and officers, are dismissed with prejudice and without costs to either party, reserving to plaintiffs all plaintiffs' right of action, claims, and demands against any and all other parties.

DONE IN OPEN COURT this 25th day of July, 2019.

_____
HONORABLE JAMES L. ROBART
United States District Court Judge

Presented by:

BERGMAN DRAPER OSLUND UDO

s/Ruby K. Aliment
Ruby K. Aliment, WSBA No. 51242
Attorneys for Plaintiffs


GORDON REES SCULLY MANSUKHANI

s/Mark B. Tuvim
Mark B. Tuvim, WSBA No. 31909
Kevin J. Craig, WSBA No. 29932
Attorneys for Air & Liquid Systems Corporation

[PROPOSED] STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT AIR & LIQUID SYSTEMS CORPORATION - 2

GORDON REES SCULLY MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822