HONORABLE JAMES L. ROBART

Matthew P. Bergman, WSBA #24419
Ruby K. Aliment, WSBA #51242
BERGMAN DRAPER OSLUND, PLLC
821 2nd Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 957-9510
Telefax:    (206) 957-9549
E-Mail: matt@bergmanlegal.com
         ruby@bergmanlegal.com
Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM R. CLAYTON and JILL D. CLAYTON, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | NO. 2:18-cv-00748-JLR<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND AND RE-PLEAD PERSONAL INJURY CASE AS A WRONGFUL DEATH AND SURVIVORSHIP ACTION<br><br>**NOTE ON MOTION CALENDAR: FRIDAY, JUNE 28, 2019** |

THIS MATTER comes before the Court on Plaintiff's Motion to Amend and Re-Plead Personal Injury Case as a Wrongful Death and Survivorship Action. In adjudicating this Motion, the Court has considered the following pleadings submitted by the parties:

1. Plaintiff's Motion to Amend and Re-Plead Personal Injury Case as a Wrongful Death and Survivorship Action;

2. Declaration of Ruby K. Aliment in Support of Plaintiff's Motion to Amend and Re-Plead Personal Injury Case as a Wrongful Death and Survivorship Action, and the exhibits attached thereto;

3. Defendant Vigor Shipyards, Inc.'s Opposition to Plaintiff's Motion to Amend Complaint;

ORDER GRANTING PLAINTIFF'S MOTION TO AMEND AND
RE-PLEAD PERSONAL INJURY CASE AS A WRONGFUL
DEATH AND SURVIVORSHIP ACTION, 2:18-cv-00748-JLR - 1

BERGMAN DRAPER OSLUND
821 2ND AVENUE, SUITE 2100
SEATTLE, WA 98104
TELEPHONE: 206.957.9510

4. Declaration of Walter E. Barton in Support of Defendant Vigor Shipyards, Inc.'s Opposition to Plaintiff's Motion to Amend Complaint, and the exhibits attached thereto;

5. Syd Carpenter Marine Contractor, Inc.'s Response to Plaintiffs' Motion to Amend and Re-Plead Personal Injury case as a Wrongful Death and Survivorship Action; and

6. Plaintiff's Reply in Support of Motion to Amend and Re-Plead Personal Injury Case as a Wrongful Death and Survivorship Action.

**IT IS ORDERED** that Plaintiff's Motion to Amend and Re-Plead Personal Injury Case as a Wrongful Death and Survivorship Action, is **GRANTED**. Plaintiff may file her Amended Complaint attached to her Motion with this Court.

DATED, this ___12___ day of June, 2019.

HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

Presented by:

BERGMAN DRAPER OSLUND, PLLC

*/s/ Ruby K. Aliment*
Ruby K. Aliment, WSBA #51242
821 2nd Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 957-9510
Fax: (206) 957-9549
Email: ruby@bergmanlegal.com
Attorney for Plaintiffs

ORDER GRANTING PLAINTIFF'S MOTION TO AMEND AND RE-PLEAD PERSONAL INJURY CASE AS A WRONGFUL DEATH AND SURVIVORSHIP ACTION, 2:18-cv-00748-JLR - 2

BERGMAN DRAPER OSLUND
821 2ND AVENUE, SUITE 2100
SEATTLE, WA 98104
TELEPHONE: 206.957.9510