~~AND~~ HONORABLE JAMES L. ROBART

Matthew P. Bergman, WSBA #24419
Ruby K. Aliment, WSBA #51242
BERGMAN DRAPER OSLUND UDO, PLLC
821 2nd Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 957-9510
Telefax:    (206) 957-9549
E-Mail: matt@bergmanlegal.com
        ruby@bergmanlegal.com
Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JILL DIANE CLAYTON, as Executor of the Estate of WILLIAM RICHARD CLAYTON,<br><br>Plaintiff,<br><br>v.<br><br>SYD CARPENTER, MARINE CONTRACTOR, INC.,<br><br>Defendant. | NO.  2:18-cv-00748-JLR<br><br>ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANT VIGOR SHIPYARDS, INC. |

PURSANT TO PLAINTIFF'S AND DEFENDANT VIGOR SHIPYARDS, INC., all claims against defendant VIGOR SHIPYARDS, INC., only, shall be and hereby are, DISMISSED with prejudice and with a mutual waiver of costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED this 7th day of February 2020.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

Presented by:

| BERGMAN DRAPER OSLUND UDO, PLLC | YARON & ASSOCIATES |
|---|---|
| /s/ Ruby K. Aliment | /s/ D. David Steele |
| Matthew P. Bergman | George D. Yaron |
| Ruby K. Aliment | D. David Steele |
| 821 2nd Avenue, Suite 2100 | 1300 Clay Street, Suite 800 |
| Seattle, WA 98104 | Oakland, CA 94612 |
| Phone: (206) 957-9510 | Phone: (415) 658-2929 |
| Fax: (206) 957-9549 | Fax: (415) 658-2930 |
| Email: ruby@bergmanlegal.com | Email: dsteele@yaronlaw.com |
| Attorneys for Plaintiff Jill Diane Clayton | Attorneys for Defendant Vigor Shipyard Inc. |

ORDER GRANTING DISMISSAL WITH PREJUDICE OF
DEFENDANT VIGOR SHIPYARDS, INC.; Case No. 2:18-cv-00748-
JLR - 2

BERGMAN DRAPER OSLUND UDO
821 2ND AVENUE, SUITE 2100
SEATTLE, WA 98104
TELEPHONE: 206.957.9510